THE ROYAL NEIGHBORS OF AMERICA v. F. S. HESTER,
*Guardian, etc.*

No. 12,872.   (71 Pac. 1129.)

Error from Douglas district court; C. A. SMART, judge.
Opinion filed January 10, 1903.   Reversed.

*J. G. Johnson,* and *David Overmyer,* for plaintiff in error.

*John Q. A. Norton,* and *F. M. McHale,* for defendant in error.

*Per Curiam:* The questions arising upon the record in this case are identical with those involved in *Modern Woodmen v. Hester,* ante, page 129, 71 Pac. 279.

The judgment of the district court is reversed, with direction to enter judgment for costs in favor of the defendant below.

---

ADDIE KEMP v. SWIFT & COMPANY.

No. 12,874.   (71 Pac. 1128.)

Error from Wyandotte district court; E. L. FISCHER, judge. Opinion filed January 10, 1903.   Affirmed.

*A. W. Little,* and *J. P. Hindman,* for plaintiff in error.
*Maurice L. Alden,* and *Lathrop, Morrow, Fox & Moore,* for defendant in error.

*Per Curiam:* This was an action to recover for injuries received by an employee of a corporation through its alleged negligence. As to it the common-law rule concerning the master's non-liability, except for that which is traceable to himself, prevails. A demurrer to the plaintiff's evidence was sustained, and we think rightly so. Negligence was not traced to the master.

The judgment of the court below is affirmed.